IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DR. RAUL CHIRIFE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| ST. JUDE MEDICAL, INC., | § | |
| PACESETTER, INC., agent of St. Jude | § | CASE NO. 6:08 CV 480 |
| Medical Cardiac Rhythm Management | § | PATENT CASE |
| Division, ST. JUDE MEDICAL S.C., | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

As stated at the discovery hearing on January 28, 2010, the Court **GRANTS** in part and **DENIES** in part Defendants' Motion to Compel Identification of Plaintiff's Alleged Trade Secrets (Response to Interrogatory No. 1) (Docket No. 101). The Court **ORDERS** Plaintiff to identify which of his original list of seven items were not trade secrets individually as of the date of alleged disclosure to Defendants and to identify all his alleged trade secret combinations by February 16, 2010, and provide a subsequent deposition if any new claims are asserted.

The Court **GRANTS** Dr. Chirife's Rule 56(f) Motion to Deny or Continue SJM's Summary Judgment Motion (Docket No. 83). The Court **ORDERS** Plaintiff to respond to Defendants' Summary Judgment Motion (Docket No. 62) by March 1, 2010.

The Court **GRANTS** Defendant St. Jude Medical's Motion for Protective Order Vacating the Deposition Notice of Daniel J. Starks (Docket No. 74). The Court **ORDERS** Plaintiff to depose St. Jude Medical's Rule 30(b)(6) witnesses before deposing Mr. Starks, if Plaintiff still wishes to

depose Mr. Starks on any remaining issues after the Rule 30(b)(6) depositions have been completed.

The Court **DENIES** Dr. Chirife's Motion to Compel Compliance with P.R. 3-4(a) (Docket No. 71) without prejudice to refiling.

The Court **GRANTS** Defendants' Motion to Compel Further Disclosures Under P.R. 3-1 (Docket No. 38).  The Court **ORDERS** Plaintiff to amend its P.R. 3-1 infringement contentions by performing an element by element analysis by February 22, 2010.

**So ORDERED and SIGNED this 29th day of January, 2010.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**