# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DR. RAUL CHIRIFE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| ST. JUDE MEDICAL, INC., | § | |
| PACESETTER, INC., agent of St. Jude | § | CASE NO. 6:08 CV 480 |
| Medical Cardiac Rhythm Management | § | PATENT CASE |
| Division, ST. JUDE MEDICAL S.C., | § | |
| INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

In the parties' Joint Claim Construction and Pre-Hearing Statement (Docket No. 130), the Court notes that the parties intend to offer expert testimony at the claim construction hearing. While the Court does not prohibit expert testimony, the parties should consider whether the testimony would be the best use of their time. The parties should consult their respective local counsel regarding this Court's general practices.

**So ORDERED and SIGNED this 8th day of March, 2010.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**